LeChase Construction Services, LLC, Respondent-Appellant, v Hunt Construction Group, Inc., Appellant-Respondent. [832 NYS2d 842]—Appeal and cross appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered April 25, 2006 in a breach of contract action. The order, among other things, denied defendant's cross motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated in decision at Supreme Court. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.